■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL VASQUEZ, Appellant. [670 NYS2d 336] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered July 8, 1996, convicting him of escape in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit (*see, People v Pena,* 50 NY2d 400, *cert denied* 449 US 1087; *see also, People v Suitte,* 90 AD2d 80). Joy, J. P., Krausman, Florio and Luciano, JJ., concur.